■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK NELSON, Appellant.—Judgment of the Supreme Court, Kings County (Ryan, J.), rendered April 25, 1979, affirmed *(see, People v Contes,* 60 NY2d 620). Mangano, J. P., Thompson, Brown and Eiber, JJ., concur.